140 So. 765

**J. E. ROSS & CO. et al. v. Virgie ALLISON.**

**6 Div. 967.**

Supreme Court of Alabama.

Jan. 21, 1932.

Rehearing Denied March 31, 1932.

B. F. Smith, of Birmingham, for appellants.

J. B. Powell, of Jasper, for appellee.

ANDERSON, C. J.

Writ denied on authority of J. E. Ross & Co. v. W. E. Collins, ante, p. 453, 140 So. 764.

GARDNER, BOULDIN, and FOSTER, JJ., concur.